No. 90–166.  WRIGHT, COMMISSIONER OF INSURANCE OF KENTUCKY, AS LIQUIDATOR OF DELTA AMERICA RE INSURANCE CO. v. ARION INSURANCE CO., LTD., ET AL.  C. A. 6th Cir.  Motions of National Association of Insurance Commissioners and Roxani

Gillespie, Insurance Commissioner of California, for leave to file briefs as *amici curiae* granted. Certiorari denied.